JS-6

FILED
CLERK, U.S. DISTRICT COURT

10/29/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: _____cw_____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY AMENT,<br><br>                    Plaintiff,<br><br>vs.<br><br>CITY OF MONTCLAIR, and DOES 1 through 10, inclusive,<br><br>                    Defendants. | CASE NO.: ED CV 14-02005-AB (JEMx)<br><br>**JUDGMENT IN FAVOR OF CITY OF MONTCLAIR AND AGAINST TROY AMENT** |

Defendant CITY OF MONTCLAIR's Motion for Summary Judgment ("Motion") was called for hearing on October 19, 2015 in Courtroom 4 of the above-entitled Court, the Honorable Andre Birotté Jr. presiding.  Dkt. No. 27.  After the hearing, the Court issued an Order granting the CITY OF MONTCLAIR's Motion.  Dkt. No. 28.

For the reasons set forth in the Court's Order granting the Motion (Dkt. No. 28), **IT IS HEREBY ORDERED** that Judgment be granted in favor of Defendant CITY OF MONTCLAIR and against Plaintiff TROY AMENT in the above-captioned action.  The case is dismissed with prejudice.

DATED:  October 29, 2015  _____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE